1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Russell Linden,              )  Case No. **CV 07-7077-JFW (FFMx)**
                                 )
12              Plaintiff,       )  **ORDER DISMISSING CIVIL ACTION**
                                 )
13       v.                      )
                                 )
14  The Prudential Insurance     )
    Company of America, et       )
15  al.,                         )
                                 )
16              Defendants.      )
    _____
17
18
         THE COURT has been advised by counsel that this action
19
    has been settled, or is in the process of being settled.
20
         IT IS THEREFORE ORDERED that this action is hereby
21
    dismissed without prejudice to the right, upon good cause
22
    shown within 35 days, to re-open the action if settlement is
23
    not consummated.  During this 35 day period, this Court
24
    retains full jurisdiction over this action and this Order
25
    shall not prejudice any party to this action.
26
    / / /
27
    / / /
28

(Rev. 2/15/08)

```
 1        In the event a motion or ex parte application to re-open
 2   is not filed within 35 days, the dismissal of this action
 3   will be with prejudice.
 4
 5   Dated: June 6, 2008                    _____
                                            JOHN F. WALTER
 6                                          United States District Judge
 7
 8
...
28
```

(Rev. 2/15/08)                              2